# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CA88 | 9264780 | Celayeta | 967 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 7:06 pm 08/27/2022
Offense Charged: ☒ CFR ☐ USC ☐ State Code — T36 CFR 327.7c

Place of Offense: New Hogan Lake - Acorn Campground #BC

Offense Description: Factual Basis for Charge — Occupying or placing equipment at reserved campsite without reservation.

HAZMAT ☐

### DEFENDANT INFORMATION

Last Name: Smith
First Name: Michelle
M.I.: D

Street Address: [redacted]

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|

### APPEARANCE IS REQUIRED
A ☐ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 75 Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT AT www.cvb.uscourts.gov → $ 105 Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: U.S. Magistrate Federal Building, 2500 Tulare Street, Room 1SA, Fresno, CA 93721
Date: TBD
Time: TBD

X Defendant Signature: [signed]

Original - CVB Copy

*9264780*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 27 AUG, 20 22 while exercising my duties as a law enforcement officer in the Eastern District of California.

Please see attached probable cause statement.

The foregoing statement is based upon:
☒ my personal observation        ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 27 AUG 2022      Officer's Signature: [signed]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____      U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident